**92–195.** State v. Jones. *Defiance County*, No. 4–88–17. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., and H. BROWN, J., dissent.

RESNICK, J., not participating.